IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In re:                         )
                               )
TONY RAY SIMPKINS              )    CASE NO. B-07-10997C-7G
                               )
        Debtor.                )
                               )

### ORDER FOR PAYMENT OF DIVIDENDS INTO
### UNITED STATES TREASURY

In appearing that a dividend was ordered to be paid in the above named case, and after computation of same, there appears to be certain creditors entitled to a dividend in an amount less than Five Dollars ($5.00); and pursuant to Rule 3010 of the Bankruptcy Rules, these dividends should be paid into the Treasury to be placed in Unclaimed Funds, WHEREFORE,

IT IS ORDERED that the Trustee in the above named case pay the sum of the dividends as set forth below into the Treasury by making check payable to Clerk, United States Bankruptcy Court, and submitting said check along with a copy of this Order to the Clerk within ten (10) days from the date of this Order. These funds are to be placed into Unclaimed Funds account.

| Claim Number | Claimant and Address | Amount of Dividend |
|---|---|---|
| 03 | J.A. Barker Construction<br>P.O. Box 427<br>South Hill, VA 23970-0427 | $ 1.04 |
| 05 | Dan Campbell Engineer<br>911 S. Chapman Street<br>Greensboro, NC 27403 | $ 1.58 |
| 09 | Chase Bank USA<br>C O Weinstein and Riley PS<br>2001 Western Ave. Ste 400<br>Seattle, WA 98121 | $ 2.97 |
| 11 | American Express Travel<br>Related Services Co., Inc. | $ 0.04 |

```
          c/o Becket and Lee, LLP
          P.O. Box 3001
          Malvern, PA 19355-0701

                        Total:         $        5.63
```

Parties to be served
Case No. B-06-10474C-7G
Page One of One

>
> J.A. Barker Construction
> P.O. Box 427
> South Hill, VA 23970-0427
>
> Dan Campbell Engineer
> 911 S. Chapman Street
> Greensboro, NC 27403
>
> Chase Bank USA
> C O Weinstein and Riley PS
> 2001 Western Ave. Ste 400
> Seattle, WA 98121
>
> American Express Travel Related
> Services Co., Inc.
> c/o Becket and Lee, LLP
> P.O. Box 3001
> Malvern, PA 19355-0701
>
> Michael D. West
> U.S. Bankruptcy Administrator
> U.S. Bankruptcy Court
> 101 South Edgeworth Street
> Greensboro, NC 27401
>
> Gerald S. Schafer
> 220 Commerce Place
> Greensboro, NC 27401
>
> Phillip E. Bolton
> P. O. Box 10247
> Greensboro, NC 27404-0247